```
LAQUER, URBAN, CLIFFORD & HODGE LLP
Michael A. Urban, CA State Bar #096662
4270 South Decatur Blvd., Suite B-11
Las Vegas, NV  89103
702/968-8087 Phone
702/968-8088 Fax
Counsel for Plaintiffs
```

FILED

2005 JUN 23 P 3: 51

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
                   DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 3 DEFINED CONTRIBUTION PENSION FUND,<br><br>       Plaintiff,<br><br>   vs.<br><br>J. DEAN BALLARD & SONS TILE & MARBLE CO., a California Corporation,<br><br>       Defendant. | **CASE NO.:** CV-F-05-mc-00010 SMS<br><br>**ORIGINAL CASE NO.:** CV-S-02-1277-LRH-RJJ<br><br>**SUBSTITUTION OF COUNSEL** |

Michael A. Urban, Esq., hereby substitutes in as counsel of record for Plaintiff BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 3 DEFINED CONTRIBUTION PENSION FUND in the above-entitled action, in place and instead of Dennis A. Kist, Esq.

DATED this 21 day of June, 2005.

By: _____
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 3 DEFINED CONTRIBUTION PENSION
FUND

/ / /

/ / /

/ / /

1  I hereby consent to the above-referenced substitution of counsel.

2  DATED this 22nd day of April, 2005.

**DENNIS A. KIST & ASSOCIATES**

By: *Karen Groot Head*
Dennis A. Kist, Esq.

I hereby accept the above substitution as counsel for Plaintiff BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 3 DEFINED CONTRIBUTION PENSION FUND.

DATED this 22nd day of April, 2005.

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: *Michael Urban*
Michael A. Urban, Esq.

It is so Ordered. Dated: 6/23/05

United States District Judge
SM SNYDER

2