**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632

Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #190118

Attorneys for: Defendant J. Dean Ballard & Sons Tile & Marble Company, a California corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 3 DEFINED CONTRIBUTION PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>J. DEAN BALLARD & SONS TILE & MARBLE COMPANY, a California corporation,<br><br>Defendant. | Case No. CV-F-05-MC-00010 SMS<br><br>Original Case No: CV-S-02-1277-LRH-(RJJ)<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON [Fed. Rule Civ. Proc. 41(a)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: April 5, 2006

SAGASER, JONES & HAHESY

By: /s/ Patrick D. Toole
Patrick D. Toole, Attorneys for Defendant J. Dean Ballard & Sons Tile & Marble Company, a California corporation



PDF created with pdfFactory trial version www.pdffactory.com

DATED: April 7, 2006

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /s/ Douglas V. Ritchie
For Michael A. Urban, Attorneys for Bricklayers and Allied Craft Workers Local 3 Defined Contribution Trust Fund

**ORDER**

Based upon this Stipulation, IT IS HEREBY ORDERED that this Action is DISMISSED WITH PREJUDICE.

DATED: 4/14/2006

/s/ Sandra M. Snyder
SANDRA M. SNYDER
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT



PDF created with pdfFactory trial version www.pdffactory.com